IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMMY BEAUMONT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 15-25 |
| | ) | Chief Judge Joy Flowers Conti/ |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| JOHN POLLOCK *Chief Financial Officer* | ) | |
| *South Sate Bank*, | ) | |
| Defendant. | ) | |

## **O R D E R**

AND NOW, this 1st day of April, 2015, after Plaintiff, tommy Beaumont, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until March 27, 2015 to file written objections thereto, and and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint filed in the above-captioned case, ECF No. 1, is dismissed for Plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/Joy Flowers Conti
Chief United States District Judge

cc: Honorable Maureen P. Kelly
    Chief United States Magistrate Judge

    Tommy Beaumont
    2709 Darlington Road
    Beaver Falls, PA 15010